**Opinion filed November 7, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00246-CV

_____

## TRAVONNA LIDE AND MIDLAND ASSOCIATION FOR RETARDED CITIZENS, Appellants
## V.
## CARMEN BETH GLOVER, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV46806**

### M E M O R A N D U M   O P I N I O N

Travonna Lide and Midland Association for Retarded Citizens, Appellants, have filed in this court a motion to dismiss their accelerated appeal. In the motion, Appellants state that "the parties have fully resolved and settled all claims and causes of action," and Appellants request that this court enter an order dismissing the appeal. Therefore, in accordance with Appellants' request, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

November 7, 2013                                                                                PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.